**Fill in this information to identify your case:**

Debtor 1: ALEXIS L OLIVER
Debtor 2: (Spouse, if filing)
United States Bankruptcy Court for the: Northern District of Illinois
Case number (If known): 23-15977

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim | Column B<br>Value of collateral | Column C<br>Unsecured portion |
|---|---|---|---|---|
| 2.1 MERCEDES BENZ FINANCIAL<br>P/O/ BOX 4095<br>CAROL STREAM  IL  76262 | Describe the property that secures the claim:<br>MERCEDES BENZ<br>GLE 350 2017  97,574.00<br><br>As of the date you file, the claim is:<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>Nature of lien:<br>☑ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien<br>☐ Judgment lien from a lawsuit<br>☐ Other | $24,675.00 | $16,954.00 | $7,721.00 |
| Who owes the debt? ☑ Debtor 1 only<br>Date debt was incurred 01/29/2021 | Last 4 digits of account number 0 1 8 1 | | | |
| 2.2 ALLY FINANCIAL<br>200 RENAISSANCE CTR #BO<br>DETROIT  MI  48243 | Describe the property that secures the claim:<br>BLACK CHEVY MALIBU 2022 4 DOOR<br><br>As of the date you file, the claim is:<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Nature of lien:<br>☑ An agreement you made (such as mortgage or secured car loan) | $29,755.00 | $14,384.00 | $15,371.00 |
| Who owes the debt? ☑ Debtor 1 only<br>Date debt was incurred 09/13/2022 | Last 4 digits of account number 8 1 2 9 | | | |

Add the dollar value of your entries in Column A on this page. Write that number here: **$29,755.00**

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
DEC 21 2023
JEFFREY P. ALLSTEADT, CLERK

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of ___

Debtor 1: ALEXIS L OLIVER
Case number (if known): 23-15977

## Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion if any |
|---|---|---|---|

**PENNY MAC**
Creditor's Name
P.O. BOX 4095
CAROL STREAM, IL 60197

Describe the property that secures the claim: RESIDENTIAL 4 BEEDROOM HOME

- $202,186.66
- $210,906.00
- $8,719.34

As of the date you file, the claim is:
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Who owes the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

Date debt was incurred: 02/23/2017
Last 4 digits of account number: E 0 0 1

---

**ALLY FINANCIAL**
Creditor's Name
200 RENAISSANCE CTR #B0
DETROIT, MI 48243

Describe the property that secures the claim: JAGUAR F-PACE 2017 WHITE

- $44,170.00
- $11,414.00
- $32,756.00

As of the date you file, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Who owes the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

Date debt was incurred: 07/15/2021
Last 4 digits of account number: 8 0 3 9

---

Creditor's Name: _____
Number/Street: _____
City/State/ZIP Code: _____

Describe the property that secures the claim: _____

- $____
- $____
- $____

As of the date you file, the claim is:
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Who owes the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

Date debt was incurred: _____
Last 4 digits of account number: ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here: $____

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $____

Official Form 106D — Additional Page of Schedule D: Creditors Who Have Claims Secured by Property — page ___ of ___

Debtor 1  ALEXIS  L  OLIVER                                    Case number (if known) 23-15977
         First Name  Middle Name  Last Name

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐
Name _____          On which line in Part 1 did you enter the creditor? _____
                                                               Last 4 digits of account number __ __ __ __
Number  Street _____

City _____ State ____ ZIP Code _____

☐
Name _____          On which line in Part 1 did you enter the creditor? _____
                                                               Last 4 digits of account number __ __ __ __
Number  Street _____

City _____ State ____ ZIP Code _____

☐
Name _____          On which line in Part 1 did you enter the creditor? _____
                                                               Last 4 digits of account number __ __ __ __
Number  Street _____

City _____ State ____ ZIP Code _____

☐
Name _____          On which line in Part 1 did you enter the creditor? _____
                                                               Last 4 digits of account number  0  1  8  1
Number  Street _____

City _____ State ____ ZIP Code _____

☐
Name _____          On which line in Part 1 did you enter the creditor? _____
                                                               Last 4 digits of account number __ __ __ __
Number  Street _____

City _____ State ____ ZIP Code _____

☐
Name _____          On which line in Part 1 did you enter the creditor? _____
                                                               Last 4 digits of account number __ __ __ __
Number  Street _____

City _____ State ____ ZIP Code _____

Official Form 106D          Part 2 of Schedule D: Creditors Who Have Claims Secured by Property          page ____ of ____

Fill in this information to identify your case:

Debtor 1: ALEXIS L OLIVER
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 23-15977
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | UNEMPLOYED | |
| Employer's name | | |
| Employer's address | Number  Street | Number  Street |
| | City  State  ZIP Code | City  State  ZIP Code |
| How long employed there? | | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 0.00 | $ |
| 3. Estimate and list monthly overtime pay. | +$ | +$ |
| 4. Calculate gross income. Add line 2 + line 3. | $ 0.00 | $ |

Official Form 106I    Schedule I: Your Income    page 1

Debtor 1   ALEXIS   L   OLIVER                    Case number (if known) 23-15977

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 4. Copy line 4 here | $ 0.00 | $ |

5. List all payroll deductions:

| | | |
|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. $ | $ |
| 5b. Mandatory contributions for retirement plans | 5b. $ | $ |
| 5c. Voluntary contributions for retirement plans | 5c. $ | $ |
| 5d. Required repayments of retirement fund loans | 5d. $ | $ |
| 5e. Insurance | 5e. $ | $ |
| 5f. Domestic support obligations | 5f. $ | $ |
| 5g. Union dues | 5g. $ | $ |
| 5h. Other deductions. Specify: _____ | 5h. +$ | +$ |

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6. $ 0.00   $

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.   7. $ 0.00   $

8. List all other income regularly received:

8a. Net income from rental property and from operating a business, profession, or farm
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a. $   $

8b. Interest and dividends   8b. $   $

8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c. $   $

8d. Unemployment compensation   8d. $   $

8e. Social Security   8e. $   $

8f. Other government assistance that you regularly receive
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____   8f. $ 766.00   $

8g. Pension or retirement income   8g. $   $

8h. Other monthly income. Specify: _____   8h. +$   +$

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9. $ 766.00   $

10. Calculate monthly income. Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10. $ 766.00 + $ = $ 766.00

11. State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
Specify: _____   11. +$

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies   12. $ 766.00
Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
☑ No.
☐ Yes. Explain: _____

Official Form 106I                Schedule I: Your Income                page 2

Fill in this information to identify your case:

Debtor 1: ALEXIS L OLIVER
Debtor 2 (Spouse, if filing): 
United States Bankruptcy Court for the: Northern District of Illinois
Case number (If known): 23-15977

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?
   ☐ No. Go to line 2.
   ☑ Yes. Does Debtor 2 live in a separate household?
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. Do you have dependents?
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.
   
   ☐ No
   ☑ Yes. Fill out this information for each dependent.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 8 | ☐ No ☑ Yes |
   | Son | 7 | ☐ No ☑ Yes |
   |  |  | ☐ No ☐ Yes |
   |  |  | ☐ No ☐ Yes |
   |  |  | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   ☑ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

Your expenses

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ 1,900.00

   If not included in line 4:
   4a. Real estate taxes    4a. $
   4b. Property, homeowner's, or renter's insurance    4b. $
   4c. Home maintenance, repair, and upkeep expenses    4c. $
   4d. Homeowner's association or condominium dues    4d. $

Official Form 106J    Schedule J: Your Expenses    page 1

Debtor 1  ALEXIS  L  OLIVER  Case number (if known) 23-15977

Your expenses

5. Additional mortgage payments for your residence, such as home equity loans  5. $_____

6. Utilities:
    6a. Electricity, heat, natural gas  6a. $_____
    6b. Water, sewer, garbage collection  6b. $_____
    6c. Telephone, cell phone, Internet, satellite, and cable services  6c. $ 485.00
    6d. Other. Specify: _____  6d. $_____

7. Food and housekeeping supplies  7. $_____

8. Childcare and children's education costs  8. $_____

9. Clothing, laundry, and dry cleaning  9. $_____

10. Personal care products and services  10. $_____

11. Medical and dental expenses  11. $_____

12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments.  12. $_____

13. Entertainment, clubs, recreation, newspapers, magazines, and books  13. $_____

14. Charitable contributions and religious donations  14. $_____

15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance  15a. $_____
    15b. Health insurance  15b. $_____
    15c. Vehicle insurance  15c. $ 167.00
    15d. Other insurance. Specify: _____  15d. $_____

16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____  16. $_____

17. Installment or lease payments:
    17a. Car payments for Vehicle 1  17a. $ 628.00
    17b. Car payments for Vehicle 2  17b. $_____
    17c. Other. Specify: _____  17c. $_____
    17d. Other. Specify: _____  17d. $_____

18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).  18. $_____

19. Other payments you make to support others who do not live with you.
    Specify: _____  19. $_____

20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
    20a. Mortgages on other property  20a. $_____
    20b. Real estate taxes  20b. $_____
    20c. Property, homeowner's, or renter's insurance  20c. $_____
    20d. Maintenance, repair, and upkeep expenses  20d. $_____
    20e. Homeowner's association or condominium dues  20e. $_____

Official Form 106J  Schedule J: Your Expenses  page 2

Debtor 1  ALEXIS L OLIVER  Case number (if known) 23-15977
         First Name  Middle Name  Last Name

21. Other. Specify: _____  21. +$ _____

22. Calculate your monthly expenses.
    22a. Add lines 4 through 21.                                               22a.  $        3,180.00
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b.  $ _____
    22c. Add line 22a and 22b. The result is your monthly expenses.            22c.  $        3,180.00

23. Calculate your monthly net income.
    23a. Copy line 12 (your combined monthly income) from Schedule I.          23a.  $          766.00
    23b. Copy your monthly expenses from line 22c above.                       23b. -$        3,180.00
    23c. Subtract your monthly expenses from your monthly income.
         The result is your monthly net income.                                23c.  $       -2,414.00

24. Do you expect an increase or decrease in your expenses within the year after you file this form?

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.  Explain here:

Official Form 106J                    Schedule J: Your Expenses                               page 3