**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s)   ALEXIS L. OLIVER,       Case No. 23-15977       Chapter 7
All Cases: Moving Creditor  PennyMac Loan Services, LLC       Date Case Filed 11/29/2023

Nature of Relief Sought:   ☒ Lift Stay  ☐ Annul Stay       ☐ Other (describe)

Chapter 13:  Date of Confirmation Hearing _____  or Date Plan Confirmed

Chapter 7:    ☐ No-Asset Report Filed on
              ☒ **No-Asset Report not Filed, Date of Creditors Meeting 1/23/24**

1. Collateral
   a. ☒ Home
   b. ☐ Car   Year, Make and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of 1/16/24  $ 205,516.25
   Total of all other Liens against Collateral $ 0.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in all cases) $  210,906.00 per Debtor's Sched A/B

5. Default
   a. ☒ Contractual Default as of 1/16/24
          Number of months  4                           Amount $7,613.16

   b. ☐ Post-Petition Default
       i. ☐ On direct payments to the moving creditor
             Number of months ___             Amount $
       ii. ☐ On payments to the Standing Chapter 13 Trustee
             Number of months ___             Amount $ _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362 (d)(1)
       i.   ☐ No insurance
       ii.  ☐ Taxes unpaid                              Amount $
       iii. ☐ Rapidly depreciating asset
       iv.  ☐ Other (describe) _____

   b. ☒  No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362 (d)(1)
       i.   ☐ Bad Faith
       ii.  ☐ Multiple filings
       iii. ☐ Other (describe)

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☒ No Statement of Intention filed


Date: 1/23/24          /s/ Timothy R. Yueill
                       Submitted By