Form G-3

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
_____DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter |
| | ) | |
| | ) | No. |
| | ) | |
| Debtor(s) | ) | Judge |

**NOTICE OF MOTION**

TO:  See attached list

      PLEASE TAKE NOTICE that on _____, at _____, I will appear before the Honorable _____,, or any judge sitting in that judge's place, **either** in courtroom _____ of the _____ , _____**or** electronically as described below, and present the motion of _____ [to/for] _____, a copy of which is attached.

      **Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

      **To appear by Zoom using the internet**, go to this link:  https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

      **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

      **Meeting ID and passcode.**  The meeting ID for this hearing is _____, and the passcode is _____.  The meeting ID and passcode can also be found on the judge's page on the court's web site.

      **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                                                              By:  _____

## **CERTIFICATE OF SERVICE**

      I, _____, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on _____ , at _____ .

                                            _____
                                            [Signature]

```
Label Matrix for local noticing         Ally Bank, c/o AIS Portfolio Services, LLC    (p)BK SERVICING  LLC
0752-1                                  4515 N Santa Fe Ave. Dept. APS                PO BOX 131265
Case 23-15977                           Oklahoma City, OK 73118-7901                  ROSEVILLE MN 55113-0011
Northern District of Illinois
Eastern Division
Thu May 23 10:53:18 CDT 2024

U.S. Bankruptcy Court                   Ally Bank                                     Ally Bank
Eastern Division                        AIS Portfolio Services, LLC                   Resurgent Capital Services
219 S Dearborn                          4515 N Santa Fe Ave. Dept. APS                PO Box 10368
7th Floor                               Oklahoma City, OK 73118-7901                  Greenville, SC 29603-0368
Chicago, IL 60604-1702

Ally Financial                          Ally Financial                                (p)JEFFERSON CAPITAL SYSTEMS LLC
200 Renaissance CTR #BO                 200 Renaissance Ctr#BO                        PO BOX 7999
Detroit MI 48243-1300                   Detroit Mi 48243-1300                         SAINT CLOUD MN 56302-7999


KennyMac Loan Services                  MERRICK BANK                                  Mercedes Benz Financial
6101 Condor dr Ste 200                  Resurgent Capital Services                    P O Box #685
Moor Park CA 93021-2602                 PO Box 10368                                  Roanoke TX 76262-0685
                                        Greenville, SC 29603-0368


Mercedes Benz Financial                 Merrick Bank Corp                             Midland Credit Management, Inc.
PO Box 4095                             P O Box 9201                                  PO Box 2037
Carol Stream IL 60197-4095              Old Bethpage NY 11804-9001                    Warren, MI 48090-2037


Ollo/CWS                                Penny MAC                                     SYNCB/PPC
P O Box 9222                            PO Box 4095                                   P O Box 530975
Old Bethpage NY 11804-9222              Carol Stream IL 60197-4095                    Orlando FL 32896-0001


Alexis L Oliver                         Ariane Holtschlag, trustee                    John P Carlin
2022 S 24th Ave                         105 W Madison Suite 2300                      Suburban Legal Group PC
Broadview, IL 60155-2822                Chicago, IL 60602-4647                        1305 Remmington Road; Suite C
                                                                                      Schaumburg, IL 60173-4820


Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Mercedes-Benz Financial Services USA LLC    Jefferson Capital Systems LLC       (d)Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC                       Po Box 7999                         c/o BK Servicing, LLC
PO Box 131265                               Saint Cloud MN 56302-9617           PO Box 131265
Roseville, MN 55113                                                             Roseville, MN 55113-0011
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC LOAN SERVICES, LLC

End of Label Matrix
Mailable recipients    21
Bypassed recipients     1
Total                  22

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:  Alexis Oliver

|  |  |
|---|---|
| ) | Case No:   23-15977 |
| ) | Judge:      Goldgar |
| ) | Chapter     7 |
| Debtor(s).                                      ) | Trustee      Holtschlag |

## MOTION OF DEBTOR TO VOLUNATARILY DISMISS CHAPTER 7

NOW COMES the DEBTOR, Alexis Oliver by and through his attorneys, Suburban Legal Group, PC., and seeks for the entry of an order Voluntarily Dismissing his Chapter 7 Case.

1. On November 29, 2023, the Debtor filed for Petition for Relief under Title 7 of the United States Code.

2. Debtor filed this case Pro Se.

3. On February 16, 2024, Debtor retained Counsel.

4. Debtor understands that she has no absolute right for a Dismissal from a Bankruptcy filed under Chapter 7 of the United States Bankruptcy Code.

5. Debtor is now seeking to Voluntarily Dismiss this Chase as she sees it in everyone's interest.

**WHEREFORE**, the Debtor prays for an Order Voluntarily Dismissing his Chapter 7 Bankruptcy.

Respectfully Submitted

By: /s/ John Carlin, 6277222

Prepared by:
Suburban Legal Group, PC
1305 Remington Rd.
Suite C
Schaumburg, IL 60195
847-843-8600
847-850-2762
jcarlin@suburbanlegalgroup.com