UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 23-15977 |
| Alexis L Oliver | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER DENYING WITHOUT PREJUDICE MOTION TO DISMISS**

This matter came before the court on the Debtor's Motion to Dismiss Case filed by John P. Carlin on behalf of Alexis L. Oliver,

IT IS HEREBY ORDERED:

The debtor's motion is denied without prejudice for improper notice reasons as stated on the record.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: June 17, 2024